**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>**MURFEY, THOMAS PATRICK**<br><br>**Debtor(s)** | **CHAPTER 7 CASE**<br><br>**CASE NO. 05-12404 BL**<br><br>**JUDGE Bruce W. Black(Joliet)** |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: **Will County Court Annex
   57 N. Ottawa St., Room 201
   Joliet, Illinois 60432**

   on: **May 15, 2009**
   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $        96,703.94

   b. Disbursements                         $        26,708.69

   c. Net Cash Available for                $        69,995.25
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $40.80 |
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $8,085.08 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $41,180.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest..

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Bank of America NA | $ 5,272.36 | $ 5,272.36 |
| 1I | Bank of America NA | $ 853.97 | $ 853.97 |
| 2 | LVNV Funding LLC its successors and assigns | $ 5,006.88 | $ 5,006.88 |
| 2I | LVNV Funding LLC its successors and assigns | $ 810.97 | $ 810.97 |
| 3 | B-Line, LLC/ Collect America/ Fleet Bank | $ 5,272.36 | $ 5,272.36 |

| | | | |
|---|---|---|---|
| 3I | B-Line, LLC/ Collect America/ Fleet Bank | $ 853.97 | $ 853.97 |
| 4 | B-Line, LLC/Collect America/Household Bank | $ 12,246.75 | $ 12,246.75 |
| 4I | B-Line, LLC/Collect America/Household Bank | $ 1,983.61 | $ 1,983.61 |
| 5 | LVNV Funding LLC its successors and assigns as | $ 12,995.59 | $ 12,995.59 |
| 5I | LVNV Funding LLC its successors and assigns as | $ 2,104.90 | $ 2,104.90 |
| 6 | LVNV Funding LLC its successors and assigns as | $ 386.66 | $ 386.66 |
| 6I | LVNV Funding LLC its successors and assigns as | $ 62.63 | $ 62.63 |
| SURPLUS | MURFEY, THOMAS PATRICK | $ 14,018.72 | $ 14,018.72 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtor has not been discharged.

11.   The Trustee proposed to abandon the following property at the hearing:

Dated: **March 27, 2009**                     For the Court,

                                                     **KENNETH S. GARDNER**
                                                     Kenneth S. Gardner
                                                     Clerk of the U.S. Bankruptcy Court
                                                     219 S. Dearborn Street; 7th Floor
                                                     Chicago, IL 60604

Trustee:     MICHAEL G. BERLAND
Address:     1 NORTH LASALLE STREET
             STE 1775
             CHICAGO, IL  60602
Phone No.: (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1                   Date Rcvd: Mar 27, 2009
Case: 05-12404                 Form ID: pdf002          Total Served: 32

The following entities were served by first class mail on Mar 29, 2009.
 db            +Thomas Patrick Murfey,    1120 Holmes Avenue,    Joliet, IL 60432-1316
 aty           +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
                 Orland Park, IL 60462-3760
 tr            +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
9124861         Associated Recovery Systems,    PO Box 19720,    Irvine, CA 92623-9720
9124862         Bank of America NA,   PO Box 2278,    Norfolk, VA 23501-2278
9124863        +Boudreau & Associates,    Attorneys At Law,    5 Industrial Way,    Salem, NH 03079-4866
9124864         Bureau of Collection Recovery,    PO Box 9001,    Minnetonka, MN 55345-9001
9124872       ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
               (address filed with court: Collect America,    370 17th St,    Ste 5000,    Denver, CO 80202-5622)
9124865        +Calvary Portfolio Services,    PO Box 27288,    Tempe, AZ 85285-7288
9124866        +Capital Management Services, Inc.,    726 Exchange St.,    Suite 700,    Buffalo, NY 14210-1464
9124867        +Capital one Bank,    4851 Cox Rd,    Glen Allen, VA 23060-6293
9124868         Cingular Wireless,    PO Box 6428,    Carol Stream, IL 60197-6428
9124869        +Citi Cards,    8725 W Sahara Ave,    The Lakes, NV 89163-0001
9124870         Citibank,    PO Box 6003,    Hagerstown, MD 21747-6003
9124871         Citicorp Credit Services, Inc.,    PO Box 6077,    Sioux Falls, SD 57117-6077
9124873         Comcast,    PO Box 105184,    Atlanta, GA 30348-5184
9124874        +Credit Protection Association,    13355 Noel Road,    Dallas, TX 75240-6602
9124875         Financial Recovery Services,    PO Box 385908,    Minneapolis, MN 55438-5908
9124876        +Fleet CC,    300 Wakefield Dr,    Newark, DE 19702-5419
9124877         Household Bank,    PO Box 98706,    Las Vegas, NV 89193
9124881       ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court: NCO Financial,    PO Box 41448,    Philadelphia, PA 19101)
9124878        +MBGA/Mobile,    PO Box 981026,    El Paso, TX 79998-1026
9124879        +MBNA America,    POB 15026,    Wilmington, DE 19850-5026
9124880        +National Enterprise Systems,    29125 Solon Rd,    Solon, OH 44139-3442
9124882        +Northland Group Inc.,    PO Box 390905,    Edina, MN 55439-0905
9124885         Wolpoff & Abramson,L.L.P.,    702 King Farm Blvd.,    Rockville, MD 20850-5775

The following entities were served by electronic transmission on Mar 28, 2009.
10647251       +E-mail/PDF: BNCEmails@blinellc.com Mar 28 2009 07:46:43
                 B-Line, LLC/ Collect America/ Fleet Bank,    B-Line, LLC,    Mail Stop 550,
                 2101 4th Ave, Ste 1030,    Seattle, WA 98121-2317
10648444       +E-mail/PDF: BNCEmails@blinellc.com Mar 28 2009 07:46:43
                 B-Line, LLC/Collect America/Household Bank,    B-Line, LLC,    Mail Stop 550,
                 2101 4th Ave, Ste 1030,    Seattle, WA 98121-2317
10619660        E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC its successors and assigns,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
11370280        E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9124883         E-mail/Text: ebn@phinsolutions.com                          Plaza Asociates,    PO Box 18008,
                 Hauppauge, NY 11788-8808
9124884        +E-mail/Text: resurgentbknotifications@resurgent.com                          Sherman Acquisition,
                 PO Box 10497,    Greenville, SC 29603-0497
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Grochocinski, Grochocinski, & Lloyd Ltd
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2009**          **Signature:** *Joseph Speetjens*