**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MURFEY, THOMAS PATRICK § | Case No. 05-12404 |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $2,015.00 |
| Total Distribution to Claimants: $41,743.99 | Claims Discharged Without Payment: $36,577.41 |
| Total Expenses of Administration: $34,814.90 | |

3) Total gross receipts of $ 96,711.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,152.55 (see **Exhibit 2**), yielded net receipts of $76,558.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $19.67 | $19.67 | $19.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 34,814.90 | 34,814.90 | 34,814.90 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 71,078.08 | 47,850.65 | 47,850.65 | 41,724.32 |
| **TOTAL DISBURSEMENTS** | $71,078.08 | $82,685.22 | $82,685.22 | $76,558.89 |

4) This case was originally filed under Chapter 7 on April 04, 2005.
. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/31/2009         By: /s/MICHAEL G. BERLAND
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in 1120 Holmes-unscheduled | 1110-000 | 96,450.80 |
| Refund-homw owners insurance-unscheduled | 1129-000 | 156.00 |
| Interest Income | 1270-000 | 104.64 |
| **TOTAL GROSS RECEIPTS** | | **$96,711.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MURFEY, THOMAS PATRICK | Dividend paid 100.00% on $14,026.22; Claim# SURPLUS; Filed: $14,026.22; Reference: | 8200-000 | 14,026.22 |
| Thomas Murfey | Payment of additonal surplus | 8200-002 | 6,126.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$20,152.55** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| City Of Joliet | 4220-000 | N/A | 19.67 | 19.67 | 19.67 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $19.67 | $19.67 | $19.67 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 8,085.08 | 8,085.08 | 8,085.08 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 40.80 | 40.80 | 40.80 |
| Grochocinski, Grochocinski & Lloyd | 3210-600 | N/A | 18,172.50 | 18,172.50 | 18,172.50 |
| Grochocinski, Grochocinski & Lloyd | 3220-610 | N/A | 655.52 | 655.52 | 655.52 |
| Michael Berland | 2990-000 | N/A | 5,848.32 | 5,848.32 | 5,848.32 |
| Grochocinski, Grochocinski & Lloyd | 3210-600 | N/A | 18,172.50 | 18,172.50 | 18,172.50 |
| Grochocinski, Grochocinski, & Lloyd | 3220-610 | N/A | 655.52 | 655.52 | 655.52 |
| Klein, Stoddard, Buck, Waller & Lewis | 3210-600 | N/A | 2,012.68 | 2,012.68 | 2,012.68 |
| Grochocinski, Grocinski & Lloyd | 3210-600 | N/A | -18,172.50 | -18,172.50 | -18,172.50 |
| Grochocinski, Grocinski & Lloyd | 3220-610 | N/A | -655.52 | -655.52 | -655.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 34,814.90 | 34,814.90 | 34,814.90 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America NA | 7100-000 | 10,114.00 | 5,272.36 | 5,272.36 | 5,272.36 |
| Bank of America NA | 7990-000 | N/A | 853.97 | 853.97 | 853.97 |
| LVNV Funding LLC its successors and assigns | 7100-000 | N/A | 5,006.88 | 5,006.88 | 5,006.88 |
| LVNV Funding LLC its successors and assigns | 7990-000 | N/A | 810.97 | 810.97 | 810.97 |
| B-Line, LLC/ Collect America/ Fleet Bank | 7200-000 | 5,272.00 | 5,272.36 | 5,272.36 | 0.00 |
| B-Line, LLC/ Collect America/ Fleet Bank | 7990-000 | N/A | 853.97 | 853.97 | 0.00 |
| B-Line, LLC/Collect America/Household Bank | 7200-000 | 12,246.00 | 12,246.75 | 12,246.75 | 12,246.75 |
| B-Line, LLC/Collect America/Household Bank | 7990-000 | N/A | 1,983.61 | 1,983.61 | 1,983.61 |
| LVNV Funding LLC its | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| successors and assigns as | 7200-000 | 12,995.00 | 12,995.59 | 12,995.59 | 12,995.59 |
| LVNV Funding LLC its successors and assigns as | 7990-000 | N/A | 2,104.90 | 2,104.90 | 2,104.90 |
| LVNV Funding LLC its successors and assigns as | 7200-000 | N/A | 386.66 | 386.66 | 386.66 |
| LVNV Funding LLC its successors and assigns as | 7990-000 | N/A | 62.63 | 62.63 | 62.63 |
| Comcast | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| Citicorp Credit Services, Inc. | 7100-000 | 286.08 | N/A | N/A | 0.00 |
| MBGA/Mcbile | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| Citibank | 7100-000 | 714.00 | N/A | N/A | 0.00 |
| MBNA America | 7100-000 | 29,081.00 | N/A | N/A | 0.00 |
| Cingular Wireless | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 71,078.08 | 47,850.65 | 47,850.65 | 41,724.32 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 05-12404
Case Name:   MURFEY, THOMAS PATRICK

Period Ending: 12/31/09

Trustee:   (520196)   MICHAEL G. BERLAND
Filed (f) or Converted (c):   04/04/05 (f)
§341(a) Meeting Date:   05/04/05
Claims Bar Date:   03/01/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash-scheduled | 20.00 | 0.00 | | 0.00 | FA |
| 2 | Checking and savings-TCF-scheduled | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods-schedued | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 1993 Chevy Blazer-scheduled | 350.00 | 0.00 | | 0.00 | FA |
| 6 | 1995 Ford escort-scheduled | 1,025.00 | 0.00 | | 0.00 | FA |
| 7 | Interest in 1120 Holmes-unscheduled | 0.00 | 96,450.80 | | 96,450.80 | FA |
| 8 | Refund-homw owners insurance-unscheduled | 0.00 | 156.00 | | 156.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 104.64 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | $2,015.00 | $96,606.80 | | $96,711.44 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee hired special counsel since he believed that the debtor had received monies from the sale of real estate he had owned which were not disclosed on the bankruptcy petititon. The debtor's discharge was denied. The Trustee sold the debtor's home. The Trustee just paid his special counsel in connection with the adminsitration of the estate of the debtor's deceased son. When the check clears, the Trustee will be able to file his final report in 2009.

Initial Projected Date Of Final Report (TFR):    August 31, 2009        Current Projected Date Of Final Report (TFR):    August 31, 2009

Printed: 12/31/2009 10:52 AM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-12404 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | MURFEY, THOMAS PATRICK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****44-65 - Money Market Account |
| Taxpayer ID #: | 13-7589964 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/08 | {7} | Ticor Title Insurance | Procees of sale of 1132 Holmes per court order | 1110-000 | 96,450.80 | | 96,450.80 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 15.93 | | 96,466.73 |
| 04/02/08 | 1001 | City of Joliet | Payment of additonal amount for water lien in connection with closing Stopped on 04/03/08 | 4210-000 | | 18.00 | 96,448.73 |
| 04/03/08 | 1001 | City of Joliet | Payment of additonal amount for water lien in connection with closing Stopped: check issued on 04/02/08 | 4210-000 | | -18.00 | 96,466.73 |
| 04/03/08 | 1002 | City Of Joliet | Payment of outstanding water lieini n connection with closing of sale per court order | 4220-000 | | 19.67 | 96,447.06 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 13.45 | | 96,460.51 |
| 05/20/08 | 1003 | Grochocinski, Grochocinski & Lloyd | Payment of special counsel attorney fee per court rocer | 3210-600 | | 18,172.50 | 78,288.01 |
| 05/20/08 | 1004 | Grochocinski, Grochocinski & Lloyd | Payment of special costs per court order | 3220-610 | | 655.52 | 77,632.49 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.76 | | 77,644.25 |
| 06/03/08 | 1005 | Michael Berland | Reimbursement for insurance and utilities per court order | 2990-000 | | 5,848.32 | 71,795.93 |
| 06/19/08 | {8} | Heil & Heil Insurance | Refund-homeowners insurance | 1129-000 | 156.00 | | 71,951.93 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.22 | | 71,961.15 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.14 | | 71,970.29 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.55 | | 71,978.84 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.44 | | 71,988.28 |
| 10/20/08 | 1006 | Grochocinski, Grochocinski & Lloyd | Payment of special counsel atorneys fee per court order | 3210-600 | | 18,172.50 | 53,815.78 |
| 10/20/08 | 1007 | Grochocinski, Grochocinski, & Lloyd | Special counsel's costs per court order | 3220-610 | | 655.52 | 53,160.26 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.29 | | 53,167.55 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 4.18 | | 53,171.73 |
| 12/11/08 | 1008 | Klein, Stoddard, Buck, Waller & Lewis | Payment of attorney fee for estate work per court order | 3210-600 | | 2,012.68 | 51,159.05 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.72 | | 51,162.77 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.08 | | 51,164.85 |
| 02/09/09 | | Grochocinski, Grocinski & Lloyd | Refund of attorney fee and expenses | | | -18,828.02 | 69,992.87 |
| | | | Refund of atty fees      -18,172.50 | 3210-600 | | | 69,992.87 |
| | | | refund of atty expenses  -655.52 | 3220-610 | | | 69,992.87 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.38 | | 69,995.25 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.04 | | 69,998.29 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.85 | | 70,001.14 |
| 05/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.61 | | 70,002.75 |
| | | | Subtotals : | | $96,711.44 | $26,708.69 | |

{} Asset reference(s)

Printed: 12/31/2009 10:52 AM    V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-12404 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | MURFEY, THOMAS PATRICK | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****44-65 - Money Market Account |
| Taxpayer ID #: | 13-7589964 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/09 | | To Account #*********4466 | Transfer for purpose of final distribution | 9999-000 | | 70,002.75 | 0.00 |
| | | | ACCOUNT TOTALS | | 96,711.44 | 96,711.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 70,002.75 | |
| | | | Subtotal | | 96,711.44 | 26,708.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $96,711.44 | $26,708.69 | |

() Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 05-12404  
Case Name: MURFEY, THOMAS PATRICK

Taxpayer ID #: 13-7589964  
Period Ending: 12/31/09

Trustee: MICHAEL G. BERLAND (520196)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: \*\*\*-\*\*\*\*\*44-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/09 | | From Account #\*\*\*\*\*\*\*\*4465 | Transfer for purpose of final distribution | 9999-000 | 70,002.75 | | 70,002.75 |
| 05/19/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $40.80, Trustee Expenses; Reference: | 2200-000 | | 40.80 | 69,961.95 |
| 05/19/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $8,085.08, Trustee Compensation; Reference: | 2100-000 | | 8,085.08 | 61,876.87 |
| 05/19/09 | 103 | Bank of America NA | Dividend paid 100.00% on $5,272.36; Claim# 1; Filed: $5,272.36; Reference: | 7100-000 | | 5,272.36 | 56,604.51 |
| 05/19/09 | 104 | LVNV Funding LLC its successors and assigns | Dividend paid 100.00% on $5,006.88; Claim# 2; Filed: $5,006.88; Reference: | 7100-000 | | 5,006.88 | 51,597.63 |
| 05/19/09 | 105 | B-Line, LLC/ Collect America/ Fleet Bank | Dividend paid 100.00% on $5,272.36; Claim# 3; Filed: $5,272.36; Reference: Stopped on 05/21/09 | 7200-000 | | 5,272.36 | 46,325.27 |
| 05/19/09 | 106 | B-Line, LLC/Collect America/Household Bank | Dividend paid 100.00% on $12,246.75; Claim# 4; Filed: $12,246.75; Reference: | 7200-000 | | 12,246.75 | 34,078.52 |
| 05/19/09 | 107 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $12,995.59; Claim# 5; Filed: $12,995.59; Reference: | 7200-000 | | 12,995.59 | 21,082.93 |
| 05/19/09 | 108 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $386.66; Claim# 6; Filed: $386.66; Reference: | 7200-000 | | 386.66 | 20,696.27 |
| 05/19/09 | 109 | Bank of America NA | Dividend paid 100.00% on $853.97; Claim# 1I; Filed: $853.97; Reference: | 7990-000 | | 853.97 | 19,842.30 |
| 05/19/09 | 110 | LVNV Funding LLC its successors and assigns | Dividend paid 100.00% on $810.97; Claim# 2I; Filed: $810.97; Reference: | 7990-000 | | 810.97 | 19,031.33 |
| 05/19/09 | 111 | B-Line, LLC/ Collect America/ Fleet Bank | Dividend paid 100.00% on $853.97; Claim# 3I; Filed: $853.97; Reference: Stopped on 05/21/09 | 7990-000 | | 853.97 | 18,177.36 |
| 05/19/09 | 112 | B-Line, LLC/Collect America/Household Bank | Dividend paid 100.00% on $1,983.61; Claim# 4I; Filed: $1,983.61; Reference: | 7990-000 | | 1,983.61 | 16,193.75 |
| 05/19/09 | 113 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $2,104.90; Claim# 5I; Filed: $2,104.90; Reference: | 7990-000 | | 2,104.90 | 14,088.85 |
| 05/19/09 | 114 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $62.63; Claim# 6I; Filed: $62.63; Reference: | 7990-000 | | 62.63 | 14,026.22 |
| 05/19/09 | 115 | MURFEY, THOMAS PATRICK | Dividend paid 100.00% on $14,026.22; Claim# SURPLUS; Filed: $14,026.22; Reference: | 8200-000 | | 14,026.22 | 0.00 |
| 05/21/09 | 105 | B-Line, LLC/ Collect America/ Fleet Bank | Dividend paid 100.00% on $5,272.36; Claim# 3; Filed: $5,272.36; Reference: Stopped: check issued on 05/19/09 | 7200-000 | | -5,272.36 | 5,272.36 |
| 05/21/09 | 111 | B-Line, LLC/ Collect America/ Fleet Bank | Dividend paid 100.00% on $853.97; Claim# 3I; Filed: $853.97; Reference: Stopped: check issued on 05/19/09 | 7990-000 | | -853.97 | 6,126.33 |

Subtotals: $70,002.75    $63,876.42

{} Asset reference(s)

Printed: 12/31/2009 10:52 AM   V.11.53

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-12404 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | MURFEY, THOMAS PATRICK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*44-66 - Checking Account |
| Taxpayer ID #: | 13-7589964 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/09 | 116 | Thomas Murfey | Payment of additonal surplus | 8200-002 | | 6,126.33 | 0.00 |
| | | | ACCOUNT TOTALS | | 70,002.75 | 70,002.75 | $0.00 |
| | | | Less: Bank Transfers | | 70,002.75 | 0.00 | |
| | | | Subtotal | | 0.00 | 70,002.75 | |
| | | | Less: Payments to Debtors | | | 20,152.55 | |
| | | | NET Receipts / Disbursements | | $0.00 | $49,850.20 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*44-65 | 96,711.44 | 26,708.69 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*44-66 | 0.00 | 49,850.20 | 0.00 |
| | $96,711.44 | $76,558.89 | $0.00 |